UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:19-cr-00326-TWP-MJD |
| | ) | | |
| RYAN ALLEN WALKER, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On May 20 and 21, 2025, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on March 6, 2025 (the "Petition), and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on March 12, 2025 (the " Supplemental Petition).  Defendant Walker appeared in person with his appointed FCD counsel Samuel Ansell.  The government appeared by Assistant United States Attorneys Samantha Spiro, Kathryn Oliver, and Bradley Shepard.  U.S. Parole and Probation appeared by Kristine Talley and Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Walker of his rights and ensured he had a copy of the Petition and the Supplemental Petition.  Defendant Walker waived his right to a preliminary hearing.

2. With the agreement of the parties, the government proffered evidence to establish that Defendant had committed the violations set forth in Violation Nos. 1 through 8 as set forth in the Petition and the Supplemental Petition. [Dkts. 153 & 157.] Defendant did not object to the government proceeding by proffer, did not request to cross examine any of the evidence presented by the government, and offered no evidence in his defense. Based upon the government's proffer, the Magistrate Judge found that the government had established by a preponderance of the evidence that Defendant committed the violations set forth in Violation Nos. 1 through 8 as set forth in the Petition and the Supplemental Petition.

3. The allegations that Defendant was found to have violated, as fully set forth in the Petition and the Supplemental Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."**<br><br>On February 23, 2025, Mr. Walker was charged with Theft, felony in Marion County, Indiana under cause number 49D23-2502-F6-006206. According to the probable cause affidavit, on June 1, 2024, Mr. Walker allegedly manipulated the bar code of an Oral-B toothbrush at a Meijer store. The toothbrush originally priced for $249.99 was purchased for $21.99. A pretrial conference is set for March 13, 2025. |
| 2 | **" You shall not commit another federal, state, or local crime."**<br><br>As previously reported to the Court, on January 3, 2025, Mr. Walker was charged with Count I: Theft, felony; Count II: Theft, misdemeanor; and Count III: Theft, felony in Hamilton County, Indiana under cause number 29D04-2501-F6-000052. According to the police report, on several occasions from March through June of 2024, Mr. Walker allegedly manipulated the bar code of several items at the Noblesville, Indiana Wal-Mart allowing him to purchase said items at a much lesser price. A final pretrial conference is set for March 24, 2025, and jury trial is set for April 3, 2025. |

| | |
|---|---|
| 3 | **"You shall not commit another federal, state, or local crime."** |

As previously reported to the Court, on July 5, 2024, Mr. Walker was charged with Count I: Theft, felony and Count II: Theft, misdemeanor in Boone County, Indiana under cause number 06C01-2407-F6-001202. According to the police report, Mr. Walker allegedly manipulated the bar code of an Oral-B toothbrush at a Meijer store. The toothbrush originally priced for $249.99 was purchased for $21.99. Jury trial is set for June 9, 2025.

| | |
|---|---|
| 4 | **"You shall not commit another federal, state, or local crime."** |

As previously reported to the Court, on June 27, 2024, Mr. Walker was charged with Count 1: Theft, felony and Count II: Theft, felony in Allen County, Indiana under cause number 02D04-2406-F6-000949. According to the police report, Mr. Walker allegedly manipulated the bar code of an Oral-B toothbrush at two Meijer stores. The toothbrushes originally priced for $259.99 were purchased for $20.99. A pretrial conference is set for March 20, 2025, and jury trial is set for April 10, 2025.

| | |
|---|---|
| 5 | **"You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer."** |

As previously reported to the Court, the affidavit of probable cause in cause number 02D04-2406-F6-000949 alleges the offense occurred on May 7, 2024. Therefore, Mr. Walker left the district without permission of the probation officer by traveling to Allen County, Indiana.

| | |
|---|---|
| 6 | **"You shall not commit another federal, state, or local crime."** |

As previously reported to the Court, on October 12, 2023, Mr. Walker was charged with Count I: Theft, misdemeanor and Count II: Theft, felony in Hamilton County, Indiana under cause number 29D04-2310-F6-007391. According to the probable cause affidavit, Mr. Walker manipulated the bar code of an Oral-B toothbrush at Best Buy Co., Inc. The toothbrush originally priced for $299.99 was purchased for $79.99. On July 30, 2024, Mr. Walker was sentenced to 910 days, 730 days executed on Hamilton County Community Corrections, and 180 days probation. He is currently serving his executed sentence on Hamilton County Community Corrections electronic monitoring.

| | |
|---|---|
| 7 | **"If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment."** |

Mr. Walker was assessed a $2,000.00 fine. He has paid a total of $755.00, and his balance is $1,245.00. His payments have been sporadic, and he last made a payment on December 16, 2024 for $95.00.

| | |
|---|---|
| 8 | **"You shall not commit another federal, state, or local crime."** |

On March 6, 2025, Mr. Walker was charged with two counts of Corrupt Business Influence (F5), two counts of Fraud (F5), two counts of Forgery (F6), one count of Organized Retail Theft (F6), one count of Identity Deception (F6), two counts of Theft (F6), and two counts of Theft, prior (F6) in Hamilton County, Indiana, under cause number 29D03-2503-F5-001856. The Habitual Offender Enhancement has also been filed.

4. The Court finds that:

   (a) The highest grade of violation is a Grade B Violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 18 months of incarceration, with no supervised release to follow.

The Magistrate Judge, having considered the factors in set forth 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in Violation Nos. 1 through 8 as set forth in the Petition and the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of 18 months of incarceration, with no supervised release to follow.

Defendant Walker was taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 21 MAY 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system